# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | (Shake, Shake, Shake) Shake Your Booty |
| Line 3 | Writer(s) | Harry Wayne Casey |
| Line 4 | Publisher Plaintiff(s) | Harrick Music, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/7/76 10/8/76 |
| Line 6 | Registration No(s). | Eu 684468 Ep 359373 |
| Line 7 | Date(s) of Infringement | 2/25/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Back Stabbers |
| Line 3 | Writer(s) | Leon Huff; Gene McFadden; John Whitehead |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Michael Joe Jackson, an individual d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 1/3/73 |
| Line 6 | Registration No(s). | Ep 306867 |
| Line 7 | Date(s) of Infringement | 2/24/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 3 | |
| Line 2 | Musical Composition | Cold Sweat a/k/a Cold Sweat (Part I) | |
| Line 3 | Writer(s) | James Brown; Alfred Ellis | |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company | |
| Line 5 | Date(s) of Registration | 7/6/67 | 3/13/73 |
| Line 6 | Registration No(s). | Eu 3467 | Ep 310532 |
| Line 7 | Date(s) of Infringement | 2/24/07 | |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge | |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 4 | |
| Line 2 | Musical Composition | Disco Inferno | |
| Line 3 | Writer(s) | Leroy Green; Ron Kersey | |
| Line 4 | Publisher Plaintiff(s) | Dimensional Music Publishing LLC d/b/a Songs of the Knoll | |
| Line 5 | Date(s) of Registration | 2/2/77 | 3/1/78 |
| Line 6 | Registration No(s). | Eu 752757 | PA 853 |
| Line 7 | Date(s) of Infringement | 2/24/07 | |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge | |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Everyday People |
| Line 3 | Writer(s) | Sylvester Stewart |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/21/69 |
| Line 6 | Registration No(s). | Eu 99873 |
| Line 7 | Date(s) of Infringement | 2/24/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 6 | |
| Line 2 | Musical Composition | Broadway a/k/a Funky Broadway Part I & II | |
| Line 3 | Writer(s) | Arlester Christian | |
| Line 4 | Publisher Plaintiff(s) | Drive-In Music Co., Inc. | |
| Line 5 | Date(s) of Registration | 1/27/94 | 5/22/67 |
| Line 6 | Registration No(s). | RE 656-285 | Ep 231554 |
| Line 7 | Date(s) of Infringement | 2/24/07 | |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge | |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 7 | |
| Line 2 | Musical Composition | Get Up I Feel Like Being Like A Sex Machine AKA Get Up I Feel Like Being A Sex Machine | |
| Line 3 | Writer(s) | James Brown; Bobby Byrd; Ronald Lenhoff | |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company | |
| Line 5 | Date(s) of Registration | 7/9/70 | 3/13/73 |
| Line 6 | Registration No(s). | Eu 198587 | Ep 310534 |
| Line 7 | Date(s) of Infringement | 2/24/07 | |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge | |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Papa Was A Rollin' Stone a/k/a Papa Was A Rolling Stone |
| Line 3 | Writer(s) | Norman Whitfield; Barrett Strong |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 5/12/72 |
| Line 6 | Registration No(s). | Ep 299072 |
| Line 7 | Date(s) of Infringement | 2/24/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Rescue Me |
| Line 3 | Writer(s) | Carl Smith; Raynard Miner |
| Line 4 | Publisher Plaintiff(s) | Chevis Publishing Corporation |
| Line 5 | Date(s) of Registration | 9/7/65 |
| Line 6 | Registration No(s). | Eu 901085 |
| Line 7 | Date(s) of Infringement | 2/24/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Respect |
| Line 3 | Writer(s) | Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 1/4/93 |
| Line 6 | Registration No(s). | RE 608-238 |
| Line 7 | Date(s) of Infringement | 2/24/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | That's The Way (I Like It) |
| Line 3 | Writer(s) | Harry Wayne Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 8/18/75 10/26/76 |
| Line 6 | Registration No(s). | Eu 606200 Ep 359557 |
| Line 7 | Date(s) of Infringement | 2/25/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | We Are Family |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Bernard Edwards Company LLC d/b/a Bernard's Other Music |
| Line 5 | Date(s) of Registration | 1/10/79 6/17/81 |
| Line 6 | Registration No(s). | PAu 76-307 PA 106-660 |
| Line 7 | Date(s) of Infringement | 2/24/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Y M C A |
| Line 3 | Writer(s) | Jacques Morali; Henri Belolo; Victor Willis |
| Line 4 | Publisher Plaintiff(s) | Can't Stop Music, A Division of Can't Stop Productions, Inc. |
| Line 5 | Date(s) of Registration | 1/22/79 |
| Line 6 | Registration No(s). | PA 25-983 |
| Line 7 | Date(s) of Infringement | 2/25/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Hollywood Swinging |
| Line 3 | Writer(s) | Ricky West, George M. Brown, Ronald Bell, Robert Bell, Robert Mickens, Claydes Smith, Dennis Thomas |
| Line 4 | Publisher Plaintiff(s) | Fresh Start Music, Inc., a New York corporation d/b/a Second Decade Music Co.; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 12/26/73 |
| Line 6 | Registration No(s). | Ep 8197190 |
| Line 7 | Date(s) of Infringement | 2/24/07 |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 15 | |
| Line 2 | Musical Composition | Boogie Down | |
| Line 3 | Writer(s) | Frank Wilson, Leonard Caston, Anita Poree | |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. | |
| Line 5 | Date(s) of Registration | 2/27/74 | |
| Line 6 | Registration No(s). | Ep 321657 | |
| Line 7 | Date(s) of Infringement | 2/24/07 | |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge | |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 16 | |
| Line 2 | Musical Composition | Love Is Like A Heat Wave a/k/a Heat Wave | |
| Line 3 | Writer(s) | Eddie Holland, Brian Holland, Lamont Dozier | |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. | |
| Line 5 | Date(s) of Registration | 6/25/91 | 7/12/63 |
| Line 6 | Registration No(s). | RE 535 914 | Eu 779791 |
| Line 7 | Date(s) of Infringement | 2/24/07 | |
| Line 8 | Place of Infringement | Tazza Caffe & Lounge | |

---

# FEDERAL RULE 7.1 STATEMENT ATTACHMENT

| | |
|---|---|
| EMI Virgin Songs, Inc. | Virgin Holdings Inc.<br>(100% ownership) |
| Dimensional Music Publishing, LLC<br>d/b/a Songs of the Knoll | JDC Capital L.P. 25% ownership<br>Porridge LLC 25% ownership |
| Stone Diamond Music Corp. | EMI Publishing Holdings Inc.<br>(100% stockholder) |
| Rondor Music International, Inc.<br>d/b/a Irving Music | The Seagram Company, Ltd.<br>c/o Vivendi Universal, S.A.<br>(100% ownership) |
| Sony/ATV Songs LLC | Sony/ATV Music Publishing and<br>Sony/MJ Music Publishing LLC<br>(100% stockholder) |