UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Broadcast Music, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>Coffee Place, LLC,<br>dba Tazza Caffee, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br><br>)<br>)<br>) | CA No. 07 –185 - ML |

**Stipulation for Extension of Time To Answer or Otherwise Respond**

Plaintiffs and defendants hereby agree and stipulate that defendants shall have up to and including **July 31, 2007** to answer or otherwise respond to the Complaint filed in the above-referenced matter. As grounds for this request, the parties state that a settlement agreement has been reached and additional time is needed to prepare and execute the appropriate documentation.

For Plaintiff,
Broadcast Music, Inc., et al.,

______/S/__Elliot Salter________
Elliot A. Salter, #0094
Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128
(401) 421-3141
(401) 861-1953 (fax)

For Defendant,
Coffee Place LLC et al.

____/S/ Michael J. Pisaturo
Michael J. Pisaturo, #5936
The Law Office of
Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918 (fax)

Dated: July 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the Stipulation was served this 6th Day of July 2007 upon all counsel of record via U.S. First Class Mail.

_______________/S/______________
Michael J. Pisaturo