UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Broadcast Music, Inc., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CA No. 07 –185 - ML |
| | ) | |
| Coffee Place, LLC, | | |
| dba Tazza Caffee, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Stipulation for Extension of Time To Answer or Otherwise Respond**

Plaintiffs and defendants hereby agree and stipulate that defendants shall have up to and including **August 10, 2007** to answer or otherwise respond to the Complaint filed in the above-referenced matter. As grounds for this request, the parties state that a settlement agreement has been reached and additional time is needed to prepare and execute the appropriate documentation including a Consent Decree and one of the necessary parties is on a previously scheduled family vacation.

For Plaintiff,
Broadcast Music, Inc., et al.,

______/S/__Elliot Salter________
Elliot A. Salter, #0094
Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128
(401) 421-3141
(401) 861-1953 (fax)

For Defendant,
Coffee Place LLC et al.

____/S/ Michael J. Pisaturo
Michael J. Pisaturo, #5936
The Law Office of
Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918 (fax)

Dated: July 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the Stipulation was served this 27th Day of July 2007 upon all counsel of record via U.S. First Class Mail.

______________/S/______________
Michael J. Pisaturo