UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Broadcast Music, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>Coffee Place, LLC,<br>dba Tazza Caffee, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA No. 07 –185 - ML |

**Stipulation for Extension of Time To Answer or Otherwise Respond**

Plaintiffs and defendants hereby agree and stipulate that defendants shall have up to and including **August 20, 2007** to answer or otherwise respond to the Complaint filed in the above-referenced matter. As grounds for this request, the parties state that a settlement agreement has been reached and additional time is needed to prepare and execute the appropriate documentation including a Consent Decree and New York counsel for plaintiff is on vacation. The parties anticipate that this will be the last request for an extension.

For Plaintiff,
Broadcast Music, Inc., et al.,

______/S/__Elliot Salter________
Elliot A. Salter, #0094
Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128
(401) 421-3141
(401) 861-1953 (fax)

For Defendant,
Coffee Place LLC et al.

____/S/ Michael J. Pisaturo
Michael J. Pisaturo, #5936
The Law Office of
Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918 (fax)

Dated: August 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the Stipulation was served this 10th Day of August 2007 upon all counsel of record via U.S. First Class Mail.

______________/S/______________
Michael J. Pisaturo