# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; MICHAEL JOE JACKSON, an individual d/b/a MIJAC MUSIC; DYNATONE PUBLISHING COMPANY; DIMENSIONAL MUSIC PUBLISHING LLC d/b/a SONGS OF THE KNOLL; DRIVE-IN MUSIC CO., INC.; STONE DIAMOND MUSIC CORP.; CHEVIS PUBLISHING CORPORATION; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONY/ATV SONGS LLC; BERNARD EDWARDS COMPANY LLC d/b/a BERNARD'S OTHER MUSIC; CAN'T STOP MUSIC, a division of CAN'T STOP PRODUCTIONS, INC.; FRESH START MUSIC, INC., a New York corporation d/b/a SECOND DECADE MUSIC CO.,

Plaintiffs,

v.

COFFEE PLACE, LLC d/b/a TAZZA CAFFE & LOUNGE and MICHAEL D. CORSO, individually,

Defendants.

CIVIL ACTION NO.:
CA 07 185 ML

## STIPULATION FOR ENTRY OF JUDGMENT

Plaintiff BROADCAST MUSIC, INC., for itself and its co-Plaintiffs through their undersigned counsel, and Defendant Coffee Place, LLC, through its undersigned counsel, hereby stipulate and

move this Court for entry of judgment according to the enclosed Consent Judgment.

BROADCAST MUSIC, INC. for itself and its co-Plaintiffs

Dated: 8/24, 2007

By ____________________
Elliot A. Salter, Esq.
Salter & Michaelson
321 South Main Street
Providence, Rhode Island 02903
(401) 421-3141

For the Defendant
Coffee Place LLC

Dated: 8/21, 2007

By: ____________________
Michael J. Pisaturo, Esq.
The Law Office of
Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, Rhode Island 02919

Dated: 8/21, 2007

Coffee Place, LLC

By: ____________________
Michael D. Corso

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; MICHAEL JOE JACKSON, an individual d/b/a MIJAC MUSIC; DYNATONE PUBLISHING COMPANY; DIMENSIONAL MUSIC PUBLISHING LLC d/b/a SONGS OF THE KNOLL; DRIVE-IN MUSIC CO., INC.; STONE DIAMOND MUSIC CORP.; CHEVIS PUBLISHING CORPORATION; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONY/ATV SONGS LLC; BERNARD EDWARDS COMPANY LLC d/b/a BERNARD'S OTHER MUSIC; CAN'T STOP MUSIC, a division of CAN'T STOP PRODUCTIONS, INC.; FRESH START MUSIC, INC., a New York corporation d/b/a SECOND DECADE MUSIC CO.,

Plaintiffs,

v.

COFFEE PLACE, LLC d/b/a TAZZA CAFFE & LOUNGE and MICHAEL D. CORSO, individually,

Defendants.

CIVIL ACTION NO.: CA 07 185 ML

## CONSENT JUDGMENT AGAINST DEFENDANT COFFEE PLACE, LLC

Plaintiffs having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff BROADCAST MUSIC, INC. licenses the right of

public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

a. (Shake, Shake, Shake) Shake Your Booty

b. Back Stabbers

c. Cold Sweat a/k/a Cold Sweat (Part I)

d. Disco Inferno

e. Everyday People

f. Broadway a/k/a Funky Broadway Part I and II

g. Get Up I Feel Like Being Like A Sex Machine a/k/a Get Up I Feel Like Being A Sex Machine

h. Papa Was A Rollin' Stone a/k/a Papa Was A Rolling Stone

i. Rescue Me

j. Respect

k. That's The Way (I Like It)

l. We Are Family

m. Y M C A

n. Hollywood Swinging

o. Boogie Down

p. Love Is Like A Heat Wave a/k/a Heat Wave

2. Defendant Coffee Place, LLC has willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3. Defendant Coffee Place, LLC is hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

4. Defendant Coffee Place, LLC shall pay the Plaintiffs damages in the amount of $15,000.00.

5. This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

______________________________, 2007.

UNITED STATES DISTRICT JUDGE

Approved As To Form and Content:

For the Defendant Coffee Place, LLC

Michael J. Pisaturo, Esq.
The Law Office of
Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, Rhode Island 02919

Coffee Place, LLC

Approved As To Form and Content:

BROADCAST MUSIC, INC., for itself
and its co-Plaintiffs

By

Elliot A. Salter, Esq.
Salter & Michaelson
321 South Main Street
Providence, Rhode Island 02903
(401) 421-3141