**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---

BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; MICHAEL JOE JACKSON, an individual d/b/a MIJAC MUSIC; DYNATONE PUBLISHING COMPANY; DIMENSIONAL MUSIC PUBLISHING LLC d/b/a SONGS OF THE KNOLL; DRIVE-IN MUSIC CO., INC.; STONE DIAMOND MUSIC CORP.; CHEVIS PUBLISHING CORPORATION; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONY/ATV SONGS LLC; BERNARD EDWARDS COMPANY LLC d/b/a BERNARD'S OTHER MUSIC; CAN'T STOP MUSIC, a division of CAN'T STOP PRODUCTIONS, INC.; FRESH START MUSIC, INC., a New York corporation d/b/a SECOND DECADE MUSIC CO.,

Plaintiffs,

COFFEE PLACE, LLC d/b/a TAZZA CAFFE & LOUNGE and MICHAEL D. CORSO, individually,

Defendants.

CIVIL ACTION NO.: CA 07 185 ML

---

**NOTICE OF DISMISSAL AGAINST DEFENDANT MICHAEL D. CORSO**

The undersigned attorney for Plaintiffs hereby gives notice that the above action against Defendant Michael D. Corso be dismissed, without prejudice, each party to pay their own costs and attorneys fees.

BROADCAST MUSIC, INC.,
for itself and its co-Plaintiffs

Dated : September 19, 2007

By

Elliot A. Salter, Esq.
Salter & Michaelson
321 South Main Street
Providence, Rhode Island 02903
401.421.3141; fax 401.861.1953

F:\Data\Broadcast Music\Coffee Place dba Tazza et al\Pleadings\Dismissal Corso.wpd.rtf