**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; MICHAEL JOE JACKSON, an individual d/b/a MIJAC MUSIC; DYNATONE PUBLISHING COMPANY; DIMENSIONAL MUSIC PUBLISHING LLC d/b/a SONGS OF THE KNOLL; DRIVE-IN MUSIC CO., INC.; STONE DIAMOND MUSIC CORP.; CHEVIS PUBLISHING CORPORATION; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONY/ATV SONGS LLC; BERNARD EDWARDS COMPANY LLC d/b/a BERNARD'S OTHER MUSIC; CAN'T STOP MUSIC, a division of CAN'T STOP PRODUCTIONS, INC.; FRESH START MUSIC, INC., a New York corporation d/b/a SECOND DECADE MUSIC CO.,

Plaintiffs,

COFFEE PLACE, LLC d/b/a TAZZA CAFFE & LOUNGE and MICHAEL D. CORSO, individually,

Defendants.

Civil Action #07 185 ML

**NOTICE OF SATISFACTION OF JUDGMENT**

The Judgment in this matter is fully satisfied as to all parties.

BROADCAST MUSIC, INC., for itself and its co-Plaintiffs

Dated: August 27, 2008

By: [signature]
Elliot A. Salter, Esq.
Salter & Michaelson
321 South Main Street
Providence, Rhode Island 02903
Tel : 401-421-3141 Fax: 401-861-1953
Email : esalter@saltermichaelson.com

Neville J. Bedford, RI Bar #6817
321 South Main Street
Providence, RI 02903-7128
Tel : 401.709.4328
Fax : 401.861.1953
Email : nevillebedford@gmail.com

CERTIFICATION

I hereby certify that a copy of the attached Notice of Satisfaction of Judgment has been served on Defendants by mailing a copy thereof to Michael J. Pisaturo, Esq., 1312 Atwood Avenue, Johnston, RI 02919, Attorney for Defendants, this 27 day of August, 2008.

Gretel Kelly
Certifier